**HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE PRESIDING**
Courtroom Deputy Clerk: Alex De La Garza
Electronic Court Recording Operator: Antonio Tijerina
INTERPRETER: M. Foraker/~~C. De Pena~~ (used/not used)
USPO: _Jimmy Lugo_
TIME SET: 4:00 ~~a.m.~~/p.m.

A.M. / P.M. _3:44 / 3:53_ (_9 min_) DATE: October _26_ 2021

CRIMINAL NO. __M-21-863__ DEFT. _01_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATT REDAVID AUSA |
| | ) | |
| v. | ) | |
| | ) | _Michelle Taylor_ |
| JUAN PABLO PORTILLO-GUTIERREZ | ) | ~~JUDY PENA~~ AFPD |
| aka Carlos Lopez-Gutierrez | | |

## SENTENCING

( )  New Sentencing Guidelines (NSG) case (11-1-14)
( )  Deft. failed to appear bench warrant to issue (kloc)
(✓) ksen.  Sentencing held (BO= _8-2-6_  _ChCI_  _6RS: O-6_
( )  Court GRANTS Government's motion for downward departure.
( ) kpstr  Deft. withdraws plea of guilty
(✓) SENTENCE:  _Time Served (198 days)_ ~~months~~ custody of the Bureau of Prisons.
Ct. 1
( ) Court recommends Deft. be placed in an institution where he/she can receive any drug and/or alcohol abuse treatment and/or counseling.
( ) Court recommends Deft. be placed in an institution close to his/her family.
( ) Court ordered/recommends this sentence run concurrently / consecutively with sentence in _____

_No_ Years Supervised Release term to commence upon release from confinement
( ) Without Supervision if deported.
( ) A special condition of supervised release is that Deft. submit himself/herself to any drug and/or alcohol abuse treatment and/or counseling.

$100.00 Special Assessment imposed on Ct(s). _1_

( )  Time to serve.
( ) kdismcntgv  Cts _____, dismissed on Government Motion
(✓)  REMANDED to custody of U. S. Marshal _For Processing_
( ) kosurr.  Deft. to surrender to U. S. Marshal on _____
( )  Deft. to surrender to designated institution
( )  Deft. to report to the U.S. Marshal on _____ by _____ p.m. to be advised what institute and what date to surrender to.

OTHER PROCEEDINGS  (X) objections filed/urged _____
_Ch  w/R_

(✓) Court advised Defendant of his/~~her~~ right to appeal.